**Criminal Case Cover Sheet** — **U.S. District Court - District of Massachusetts**

**Place of Offense:** Lawrence **Category No.** II **Investigating Agency** DEA

**City** Lawrence, MA

**County** Essex

**Related Case Information:**

Superseding Ind./ Inf. ________ Case No. ________

Same Defendant ________ New Defendant ________

Magistrate Judge Case Number ________

Search Warrant Case Number ________

R 20/R 40 from District of ________

Is this case related to an existing criminal action pursuant to Rule 40.1(h)? If yes, case number ________ ☐ Yes ☑ No

**Defendant Information:**

Defendant Name Breudi Yael Castillo CIPRIAN Juvenile: ☐ Yes ☑ No

Is this person an attorney and/or a member of any state/federal bar: ☐ Yes ☑ No

Alias Name: ________

Address: ________

Birth date (Yr only): 2004 SSN (last 4#): ____ Sex: ____ Race ________ Nationality: ________

**Defense Counsel if known:** ________ Address: ________

Bar Number: ________

**U.S. Attorney Information**

AUSA: Brad Rocheville Bar Number if applicable: ________

**Interpreter:** ☑ Yes ☐ No List language and/or dialect: Spanish

**Victims:** ☐ Yes ☑ No If yes, are there multiple crime victims under 18 USC§3771(d)(2) ☐ Yes ☑ No

**Matter to be SEALED:** ☐ Yes ☑ No

☐ Warrant Requested ☐ Regular Process ☑ In Custody

**Location Status:** ________

**Arrest Date:** ________

☐ Already in Federal Custody as of ________ in ________.

☐ Already in State Custody at ________ ☐ Serving Sentence ☐ Awaiting Trial

☐ On Pretrial Release: Ordered by: ________ on ________

**Charging Document:** ☑ Complaint ☐ Information ☐ Indictment

**Total # of Counts:** ☐ Petty ____ ☐ Misdemeanor ____ ☑ Felony 1

Continue on Page 2 for Entry of U.S.C. Citations

☑ **I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.**

Date: 9/10/2026 Signature of AUSA: */s/ Brad Rocheville*

JS 45 (5/97) (Revised U.S.D.C. MA 9/20/2023) Page 2 of 2 or Reverse

**District Court Case Number** (To be filled in by deputy clerk): ______________________

**Name of Defendant** Breudi Yael Castillo CIPRIAN

**U.S.C. Citations**

| | Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | 21 U.S.C. § 841(a)(1) | Possession with intent to distribute controlled substances | 1 |
| Set 2 | | | |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:**